UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ALINA BONSELL,**
Plaintiff,

v.

**KATHLEEN "KATE" MULDOWNEY, LCSW,**
Defendant.

CASE NO.: [To Be Assigned]

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

I, **Alina Bonsell**, declare that I am unable to pay the costs of these proceedings and believe that I am entitled to the relief requested in this action. In support of this application to proceed **in forma pauperis (IFP)** (without prepaying fees or costs), I declare that the responses below are true:

## 1. Are you incarcerated?

- No

## 2. Are you presently employed?

- No
- **Last date of employment:** [Specify date if available]
- **Gross monthly wages at the time:** $[Specify amount if available]

## 3. Additional Income in the Past 12 Months

**Have you received more than $200 in the past 12 months from any of the following sources?**

| Income Source | Yes / No | Amount Received | Expected Future Amount? |
|---|---|---|---|
| Business, profession, or self-employment | No | - | - |
| Rent payments, interest, or dividends | Yes | $3,800 | Variers on demand of rental opportunities |
| Pension, annuity, or life insurance payments | No | - | - |
| Disability or worker's compensation payments | Pending | Awaiting Approval | Awaiting Decision |
| Gifts or inheritances | No | - | - |

| | | | |
|---|---|---|---|
| Public benefits (unemployment, social security, food stamps, etc.) | **No** | - | - |
| Other sources | **No** | - | - |

**Explanation:**

I own real estate that is currently **in pre-foreclosure**, with a mortgage of approximately **$900,000**. The rental income I receive is entirely used to cover mortgage payments, and I do not make a net profit. Additionally, I have approximately **$200,000 in credit card and personal debt** and my **bank account is overdrawn by $153.00 as of 2/11/2025**.

## 4. Cash or Bank Account Balance

- **Current balance: -$153.00 (Overdrawn)**

## 5. Do you own any assets (vehicles, real estate, stocks, bonds, etc.)?

- **Yes, but encumbered by debt.**
- **Description:** I own real estate with a **mortgage of approximately $900,000** and am forced to rent it out just to cover payments. This property is in **pre-foreclosure** and cannot be sold without incurring financial loss.

## 6. Monthly Expenses

| Expense Type | Monthly Amount |
|---|---|
| Food & Utilities | $1,800 |
| Rent (New York Apartment) | $3,800 |
| Mortgage Payment | The loan is in forbearance |
| Child-related expenses (food, school, healthcare) | 580 |
| Total Monthly Expenses | **Over $6,000** |

## 7. Dependents

- **Names & Ages:** Gavin Bonsell (12), Ethan Bonsell (13)
- **Amount contributed to support:** I am financially responsible for both children's **housing, food, and other expenses**, totaling **over $1,800 per month** in addition to my own living costs.

## 8. Debts & Financial Obligations

| Debt Type | Amount Owed |
|---|---|
| Mortgage Debt | $900,000 |
| Credit Card & Other Debts | $200,000 |
| Loans | SBA 64,000, Citizen, Family and legal |

**Declaration**

I declare under **penalty of perjury** that the above information is true. I understand that a **false statement may result in dismissal of my claims.**

Dated: **February 11, 2025**
Signature: *Alina Bonsell*
**Alina Bonsell (Pro Se Plaintiff)**
Address: **444 East 82nd St. 23C, New York, NY 10028**
Email: **alinabonsell@icloud.com**
Phone: **917-941-3021**