**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALINA BONSELL,

                Plaintiff,

   -against-                                 25 **CIVIL** 1170 (LLS)

                                                  **JUDGMENT**

KATHLEEN MULDOWNEY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Jul 17, 2025, the Plaintiff's claims under the False Claims Act are dismissed without prejudice. Plaintiff's claims under 42 U.S.C. § 1983 are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff lacks standing to pursue criminal charges and these claims are also dismissed. The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of Plaintiff's state law claims.

**Dated:**  New York, New York

       July 22, 2025

                                                           **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                         **BY:**

                                                           **Deputy Clerk**